UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SERGEY SALEY,<br><br>Petitioner,<br><br>v.<br><br>BRUCE SCOTT et al.,<br><br>Respondents. | CASE NO. 2:26-cv-00797-JNW<br><br>ORDER |

This matter comes before the Court on Petitioner's motion for attorney fees under the Equal Access to Justice Act ("EAJA"). Dkt. No. 12. The United States Supreme Court recently granted certiorari in a case addressing whether attorneys' fees are available under EAJA for immigration habeas petitions. *See Montoya Palacios v. Baker*, No. 25-4045, 2026 WL 171690 (D. Md. Jan. 22, 2026), *aff'd*, No. 26-6251, 2026 WL 1154321 (4th Cir. Mar. 24, 2026), *cert. granted sub nom. Palacios v. Liggins*, No. 25-1223, ___ S. Ct. ___, 2026 WL 1855057 (June 29, 2026). Because this motion turns on the same question, the Court ORDERS the parties to show cause within TEN (10) days of this order why the Court should not stay this motion

until the Supreme Court decides *Montoya Palacios*. Briefs may not exceed five pages.

The Court directs the Clerk to note this deadline on the Court's calendar.

Dated this 19th day of August, 2026.

Jamal N. Whitehead
United States District Judge